UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MORGAN HOWARTH,<br><br>    Plaintiff,<br><br>v.<br><br>COASTAL FARMHOUSE INTERIOR DESIGN LLC, and<br>KATHLEEN LOWE,<br><br>    Defendants. | Civil Action No.:<br>1:20-cv-00382-AJT-JFA |

NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action. Such dismissal shall be without prejudice, with each side to bear its own costs and attorney's fees.

Signed: November 11, 2020

    __/s/__*David C. Deal*_____
    Plaintiff (by Counsel)

    David C. Deal (VA Bar No.: 86005)
    The Law Office of David C. Deal, P.L.C.
    P.O. Box 1042
    Crozet, VA 22932
    434-233-2727, Telephone
    *Counsel for Plaintiff*

    So Ordered

    _/s/_____  11/12/2020
    Anthony J. Trenga
    United States District Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice was mailed by USPS First Class on November 11, 2020 to the following:

Kathleen Lowe
650 West North Street, #306
Raleigh, NC 27603

          __/s/__*David C. Deal*_____
          David C. Deal (VA Bar No.: 86005)
          The Law Office of David C. Deal, P.L.C.
          P.O. Box 1042
          Crozet, VA 22932
          434-233-2727, Telephone
          *Counsel for Plaintiff*